**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON

**DATE:** October 20, 2026

**JUDGE RUKHSANAH L. SINGH**

**ESR:** Mark Morelli

**TITLE OF CASE:**
UNITED STATES OF AMERICA
vs.
IONUT IAMANDITA
DEFENDANT PRESENT

**DOCKET # 3:26-MJ-14037-01 (RLS)**
U.S.D.C. of Northern District of TX No. 24mj549

**APPEARANCES:**
Richard Shephard, AUSA for Government
Gaurav Davé, Esq. for Defendant
Todd Jones, Pretrial Officer

**NATURE OF PROCEEDING:** Rule 5 Initial Appearance
Rule 5 Initial appearance held.
Defendant advised of rights, charges and penalties.
Defendant waives identity and preliminary hearing.
Waiver of Rule 5 & 5.1 hearing executed.
Defendant advised of Rule 5 rights.
Hearing on application of Defendant for pretrial release.
Ordered application denied with a right to make a bail application at a later time.
Brady Order to be entered.
Commitment to another district executed.
Ordered defendant remanded to the custody of the U.S. Marshal.

Time Commenced: 2:07 p.m.
Time Adjourned: 2:17 p.m.
Total Time: 10 minutes

s/ Mark Morelli
**DEPUTY CLERK**